JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRAVELODGE-HEMET, CA; RAMESH H. PATEL and JASHUBEN R. PATEL, Trustees of Rameshchandra H. and Jashuben R. Patel AB Living Trust; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No: 5:18-cv-00757-ODW-SHK<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 13) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** with prejudice;
2. Each party shall bear their own attorneys' fees and costs; and
3. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

June 6, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**